# Court of Appeals
# of the State of Georgia

ATLANTA,____July 22, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1765. STEVEN B. SCHWARZ v. GEORGIA MEDICAL BOARD.**

In this direct appeal, Steven B. Schwarz seeks review of the superior court's order dismissing his appeal from a Georgia Medical Board decision refusing to reinstate his license to practice medicine. However, OCGA § 5-6-35 (a) (1) requires that appeals from orders of superior courts reviewing decisions of state administrative agencies must be made by timely application for discretionary review. See *Consolidated Govt. of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). Because Schwarz failed to comply with the discretionary appeal procedure, we lack jurisdiction to consider the appeal. The Georgia Medical Board's motion to dismiss this direct appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*____07/22/2015_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*